FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASSIM ODDA ALHAMID,<br><br>                Petitioner,<br><br>v.<br><br>KEVIN K. McALEENAN, Acting Secretary, Department of Homeland Security; SIW M. BAY-HANSEN, Field Director Yakima WA, US Citizenship and Immigration Services (USCIS); DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                Respondents. | NO: 4:19-CV-5243-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Petitioner's Notice of Voluntary Dismissal without Prejudice, ECF No. 4. Having reviewed the Notice and the record, including the Court's January 15, 2020 Show Cause Order, ECF No. 3, the Court finds good cause to approve dismissal.

/ / /

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Notice of Voluntary Dismissal without Prejudice **ECF No. 4**, is **APPROVED**.

2. Petitioner's Complaint is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 31, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2